UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID W. KRAIG,

    Plaintiff,

v.                                               Case No.  8:08-cv-2017-T-30MAP

ROBERT P. ALBERGO, M.D.,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Notice of Settlement and Stipulation for Dismissal With Prejudice as to Robert P. Albergo, M.D. Only. (Dkt. #13).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed with prejudice as to Robert P. Albergo, M.D., with each party to bear their own attorneys' fees and costs.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on December 4, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2008\08-cv-2017.dismissal 13.wpd